Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: rich_curtner@fd.org

Attorney for Defendant Hayden Beard

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>HAYDEN BEARD,<br><br>  Defendant. | Case No. 3:18-cr-00029-RRB<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

COMES NOW Rich Curtner, Federal Defender, and hereby notifies the court of the substitution of counsel in this matter. Federal Defender Rich Curtner will replace Assistant Federal Defender Matthew M. Scoble as counsel for Hayden Beard. All future filings and correspondence should be addressed to:

> Rich Curtner
> Federal Defender
> 601 West Fifth Avenue, Suite 800
> Anchorage, Alaska 99501
> Phone: (907) 646-3400
> Fax: (907) 646-3480
> Email: rich_curtner@fd.org

Assistant Federal Defender Matthew M. Scoble is no longer an active participant in this matter. In light of this notice, the Clerk's Office is authorized to terminate future service on Mr. Scoble.

DATED at Anchorage, Alaska this 14th day of September, 2018.

Respectfully submitted,

*/s/ Rich Curtner*
Rich Curtner
Federal Defender

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on September 14, 2018. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.

*/s/ Rich Curtner*