Gretchen Staft
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
425 G Street, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: gretchen_staft@fd.org

Attorney for Defendant Hayden Beard

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         vs.<br><br>HAYDEN BEARD,<br><br>                    Defendant. | Case No. 3:18-cr-00029-RRB<br><br>**NOTICE OF DEFENDANT'S WAIVER OF PRESENCE FOR RESTITUTION PROCEEDINGS** |

Defendant Hayden Beard, through counsel, Gretchen L. Staft, Assistant Federal Defender, hereby notifies this court that he waives his presence for the restitution proceedings in this matter so that he may be transported to serve his sentence with the Bureau of Prisons without further delay. A restitution hearing is currently scheduled for July 2, 2019, and parties are working to determine whether an agreement can be reached short of a contested hearing. The undersigned will coordinate with Mr. Beard and the prosecution in this regard and will represent his position to the court accordingly.

DATED at Anchorage, Alaska this 3rd day of May, 2019.

Respectfully submitted,

*/s/ Gretchen Staft*
Gretchen Staft
Assistant Federal Defender

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on May 3, 2019. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.

*/s/ Gretchen Staft*