BRYAN SCHRODER
United States Attorney

KYLE REARDON
Assistant United States Attorneys
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
Email: Kyle.Reardon@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 3:18-cr-00029-RRB |
| Plaintiff, | ) |
| vs. | ) |
| HAYDEN BEARD, | ) |
| Defendant. | ) |

**DECLARATION OF AUSA KYLE REARDON IN SUPPORT OF UNITED STATES MOTION FOR EXPEDITED CONSIDERATION (28 U.S.C. § 1746) (L. Civ. R. 7.3(a)(1)(A))**

I, Kyle Reardon, declare and state as follows:

1. I am an Assistant United States Attorney ("AUSA") for the District of Alaska and assigned to prosecute the above-captioned case. As such, I am fully familiar with the facts stated herein.

2. The government filed an Unopposed Motion to Continue the Restitution Hearing.

3. Expedited consideration of the government's unopposed motion is due to the Restitution hearing being scheduled for tomorrow, July 2, 2019 at 10:00 a.m.

4. Counsel for the defendant, does not oppose the Unopposed Motion for Protective Order.

RESPECTFULLY SUBMITTED July 1, 2019, in Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ *Kyle Reardon*
KYLE REARDON
Assistant United States Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2019,
a copy of the foregoing was served
electronically on the following:

Gretchen Staft, Assistant Federal Defender

s/ *Kyle Reardon*
Assistant United States Attorney