RECEIVED JUN 15 2020 CLERK, U.S. DISTRICT COURT ANCHORAGE, A.K.

United States District Court
for the District of Alaska

7018 3090 0000 7464 0654

| United States of America | Case No: 3:18-CR-00029-1-RRB |
|---|---|
| v | |
| Hayden Curtis Gates Beard | Motion for Compassionate Release |

\*  \*  \*

I would like to petition the court for compassionate release due to compelling and extraordinary circumstances, these being COVID-19 and the complications it would cause to my already compromised immune system - namely my HIV and Hepatitus infections. "[N]othing could be more extraordinary and compelling than this pandemic". U.S. v. Rodriguez 2020 U.S. Dist LEXIS 58718 at 2 (E.D. P.A. Apr 1 2020)

Miller v. U.S. 2020 U.S. Dist LEXIS 62421 at 12 (E.D. Mich Apr 9 2020) "The CDC [] states that individuals with underlying medical conditions such as chronic lung disease, a serious heart condition, compromised immune system and liver disease have a high risk of severe illness" in regards to COVID-19. HIV being an autoimmune disease puts me in the high risk catagory as well as being in prison. "[the] defendant is at high risk

for severe illness from COVID-19 and because inmates in [prison] facilities are particularly vulnerable to infection." U.S. v. Muniz U.S. Dist 2020 LEXIS 59255 (S.D. Tex Mar 30 2020) at 2. Currently, I'm at Lompoc FCI and as stated by U.S. v. Young case #3:19-cr-05055-BHS (W.D WA May 2020) "over 70% of the inmates at Lompoc have been infected with COVID-19". I'm 65% done with my sentence, it would be devastating, to say the least, if I were to contract COVID-19 and die, while only having such a small amount of time before release.- 4 months to halfway house and 9 months to home confinment.

During my entire incarciration I've suffered night sweats, fevers, chills, chronic diarreah, blackouts and two different diagonsies of severe issues. 1) While in B.O.P custody (Alaska Jail), I was diagonosed with Ghararrdia, commonly known as beaver fever - several months, about 14 or so - into my incarciration - fortunatly I was cured. 2) While at Purump, Nevada I contracted a flesh eating bactiva, again fortunalty cured. This is to show how hyper-suseptable I am to infectioun/ disease. Like in the case of U.S. v. McCarthy 2020 U.S. Dist LEXIS 61759 at 3 (D conn Apr 8 2020) I face "[u]nique confluence of serious health issues and other risk factors facing this defendant,... which places [me] at a substantially heightened risk of dangerous complications should [I] contract COVID-19"

I would also like to state that on 4/6/20 I submitted via institutional mail, in a sealed envelope, addressed to the Warden, a request asking for Compassionate Release, no response was given. I have not seen the Warden since before 4/6/20. Under Washington v. Barr, 925 F.3d 109, 118 (2D cir 2019), I am entitaled to make this motion because "exhaustion may be unnecessary where it would be futile, either because agency decisionmakers are biased or because the agency has already determined the issue" and "[C]atastrophic health consequences, could make exhaustion futile."

While I understand that I pled guilty to counts pertaining to child pornography, I would like to point out, to the court, that while I am a first time offender of sex charges pertaining to child pornography this does not disqualife me from compassionate release in this tulmultous time, as in the case of U.S. v. Sawicz 08-cr-287 (ARR) (E.D. NY Apr 10 2020) Mr. Sawicz, whom is repeat sex offender and was given a compassionate release. My charges "do not justify keeping the defendant in prison amidst an outbreak of potentially deadly virus to which he is particularly vulnerable." The court goes on to note, Sawicz has 5 months from being elegible for home confinement under normal circumstance.

I would also like to point out that I have completed the B.O.P's 14 day quarentine and when

released would be more than happy to do another 14 day stay-in-place for safety measure. I have housing planned upon release which was verified by pre-trail services. I would be staying with an upstanding member of society, whom was a police officer at one point in his life. I plan to find work - as discussed during sentencing - as a wine salesperson, which I've already done in the past and a benifit of said job is that due to state and federal laws this particular job has zero contact with underage persons.

Based on the CDC reports, the court should take judicial notice that there is a high probability that I - with my compromised immune system - will contract COVID-19 if left in the B.O.P., will experiance complications, require admission into a hospital or be committed to the ICU. I live in a high-risk sistuation, for instance in an open dorm where "120 inmates eat elbow-to-elbow at the same time, share one large bathroom with a handful of stalls and a handful of showers" (U.S. v Zuckerman, 2020 U.S. Dist, LEXIS 59588, at 1 (S.D.N.Y. Apr 3 2020)) and where could virus, infection or disease run rampant and everyone will and does get sick. Which is why I am imploring the court to grant my Compassionate release request.

I trust that the court will recognize that this is very much a pro se pleading, I have no counsel, nor was I able to go to law library to research and prepare. Fortunately my cellmate gets legal things sent in and he allowed me to use them. Please note I have zero legal training - which I'm sure is evidant and hope that you'll be lenient on my motion. (Erickson v. Pardus, 551 U.S. 89, 94, 127 S. Ct. 2197, 167 L Ed 2d 1081 (2007); Castro v. U, 540 U.S. 375, 381-83, 124 S. Ct. 786, 157 L.Ed. 2d 778 (2003)).

Thank you for your consideration in the matter stated herein.

Respectfully,

*[signature]*

6/9/2020

6 of 6

### \* \* \*
### Certification

I, Hayden Curtis Gates Beard, do certify under the pains and penalties of perjury (28 USC §1746) that the facts stated herein are true and correct to the best of my knowledge and ability to remember the facts. I further certify that the original copy of this pleading was hand delivered to a B.O.P staff member for delivery to the U.S.P.S with sufficient postage for deliverary to the court on this Tuesday the 9th day of June, 2020 by my own hand and seal.

Hayden Curtis Gates Beard

