UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 3:18-cr-00029-RRB |
| vs. | |
| HAYDEN BEARD, | **ORDER GRANTING LEAVE TO FILE REPLY** |
| Defendant. | |

Having considered Defendant's Motion for Leave to File Reply, and this Court being fully advised in the premises, the motion for leave to file a reply is GRANTED.

IT IS HEREBY ORDERED that Defendant may file a reply regarding the Motion for Compassionate Release at Docket 83 on or before August 13, 2020.

IT IS SO ORDERED this 7th day of August, 2020, at Anchorage, Alaska.

*/s/ Ralph R. Beistline*
RALPH R. BEISTLINE
Senior United States District Judge